IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID MARSHALL GATES, | ) | No. C 13-03781 EJD (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| CALIFORNIA MEDICAL FACILITY, | ) | |
| Defendant. | ) | |

On August 14,2 013, Plaintiff filed a complaint in pro se pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff notice that the action was deficient because he did not file an In Forma Pauperis application or pay the full filing fee. (See Docket No. 3.) The notice included the warning that Plaintiff must respond within twenty-eight days to avoid dismissal of this action. (Id.)

The deadline has since passed, and Plaintiff has failed to respond. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

DATED: 10/18/2013

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
03781Gates_dism-ifp.wpd                1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID MARSHALL GATES,

        Plaintiff,

  v.

CALIFORNIA MEDICAL FACILITY,

        Defendant.

Case Number: CV13-03781 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/18/2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Marshall Gates J-60908
California Medical Facility (CMF)
1600 California Dr.
Vacaville, CA 95687

Dated: 10/18/2013

        Richard W. Wieking, Clerk
/s/By: Elizabeth Garcia, Deputy Clerk